United states district Court

Eastern district of louisiana

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED    AUG 21 2019
WILLIAM W. BLEVINS
CLERK

Terrence Keyton Rollins                    Civil action

Versus                                     No. 19-11415

Sheriff Marlin Gustman                     Section B mag #2

A complete list of all witnesses to be called to trial:

Witness 1) Roland Butler's 2800 perdido st. N.O.LA  70119

Ma Roland Butler's Testimony is to how plaintiff
wasn't called out to woundcare on a daily basis also
how at times wounds carried an awful odor how
plaintiff went months without the proper bedding
also how plaintiff wouldn't refuse and deputy
would try to get plaintiff to sign papers as if
he refused and last but at least how plaintiff
Superpubic cath was yanked out of his
stomach doing a shakedown of the plus

TENDERED FOR FILING
AUG 21 2019
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

_____ Fee _____
_____ Process _____
__X__ Dktd _____
_____ CtRmDep _____
_____ Doc. No. _____

Witness 2) Ellis Baudean 2800 perdido st. N.O.L.A. 70119

Mr. Ellis Baudean's Testimony is to how he had to help plaintiff out of bed at time's help retrive lunch tray's also how plaintiff wouldn't receive proper wound care on a daily basis, how wounds often carried an odor also how plaintiff often complaint how wounds were extremely painful and how it took at least six or more months for plaintiff to receive proper bedding

Witness 3) Yonko Dino 2800 perdido st. N.O.L.A. 70119

Mr. Yonko Dino's Testimony is to how plaintiff wasn't taking care of properly when place on pod how plaintiff was embarssed as he got mocked about the odor of his wounds, how other inmates were getting upset by the manner in which plaintiff is being cared for the torment plaintiff suffered since his incarsaration at the Orleans Justice Center

Witness 4) Jeremiah Edwards 4521 Eden st. N.O.L.A. 70125

Mr. Jeremiah Edwards Testimony is to how plaintiff called him stating that he was not well and that he was not getting the proper treatment to how

doctor and the plaintiff had called him to let him and the rest of there family know that he was real sick even at one time how they wanted to ampmutate his left leg and to how many times he called Orleans Justice Center to check on his brother's well being

The plaintiff prays and hopes that the honorable court after reviewing the aforementioned list of witness to be called name and summary of testimony hold his filings to less stringent standards as if drafted on paper by an attorney

Date 8 / 19 / 2019

Terrence Keyton Rollins

Terrence Keyton Rollins

3000 perdido st.

location pod 4A

New Orleans LA.

Certificate of Service

I hereby certify that I have served a copy of this document on all counsel fo record either in person or by mailing it postage prepaid on this ___19
day of august ___ 2019

Terrence Keyton Roll

United states district court

E astern district of louisiana


Terrence Keyton Rollins                    Civil Action


versus                                     N.O  19-11415


Sheriff Marlin Gusman                      Section B mag# 2



Written Statement advising the court whether
plaintiff is presently incarsarated base on a conviction


The plaintiff has been incasarated for a year
on the pending charge's in which he stand accused
of at the current time the plaintiff has no conviction
and has not been convicted of any of the charge's
in which he is currently a waiting trial for at this
time.

TENDERED FOR FILING

AUG 21 2019

Date  8 / 19 / 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Therefore the plaintiff prays and hopes that the
Honorable Court after reviewing the aforementioned
list statement hold his filings to be less stringent
standards as it drafted on paper by an attorney


Terrence Keyton Rollins
Terrence Keyton Rollins
3000 perdido st.
location 4A
New Orleans L.A. 70119


Certificate of Service


I hereby certify that I have served a copy of this
document on all counsel fo record either in person or by
mailing it postage prepaid on this ___19___
day of ___august___ 2019

Terrence Keyton Rollins

United states district court

eastern district of louisiana


Terrence Keyton Rollins                    Civil Action


versus                                     No. 19-11415


Sheriff marlin Gusman                      Section B mag #2


A written statement of the facts expected to be offered at trial either orally or as documents are as Follow.


1) how plaintiff was denied materials needed to ensure that plaintiff wound not be introduced to bedsore's doing his incarsaration at Orleans Justice Center


2) how plaintiff gotten bed sore's Sixty days after arrival to Orleans Justice Center Stage 4 bedsores with exposed bone.

TENDERED FOR FILING

AUG 21 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

3) how plaintiff remaining leg got swollen to the point were it gotten infected causing foot to turn black and blistered university hospital wanted to ampmutated it.

4) how plaintiff university hospital medical records can prove that this ocurred while being incarasarcated at Orleans Justice Center

5) how plaintiff university hospital medical records has picture's, detailed notes from doctor's and nurse's about emergency room visits and prolonged hospital stay's in which the complaint is based on.

6) how certain medical staff refused to change the dressing on wounds when taking down to Second Floor medical.

7) how plantiff states that certain ranking sheriff's would not have plaintiff bought down to second Floor medical for wound care he would at times have to go the whole day and at times all night with out getting proper care and be saturated all day and threw out the night.

8) how colonel colvin and other ranking sheriffs wouldn't approve proper bedding for month's to avoid plaintiff from reciering life threaten bedsores

9) how plaintiff states that the food the Orleans Justice Center is serving has giving plaintiff diarrhea and promote vomiting causing painful somach aches, food often come on pod spoiled and sour food that is not in compliance with the lovisiana food code with unsanitized food trays and cooking and baking equipment.

10) plaintiff states how orleans parish sheriffs handicapp van which is use to transport inmates from Jail to court or hospital visits has no restrain system to ensure inmates safety doing transporting

Date 8 / 19 / 2019

The plaintiff prays and hopes that the honorable Court after reviewing the oforementioned statements hold his filings to less stringent standards as if drafted on paper by an attorney.

*Terrence Keyton Rollins*

Terrence Keyton Rollins

3000 perdido st.

location 4A

New orleans L.A. 70119


Certifiedte of Service


I hereby Certify that I have served a copy of
this document on all Counsel to record either in person
or by mailing it postage prepaid on this ___19___
day of ___august___   2019

*Terrence Keyton Rollins*

United states district court

Eastern district of louisiana

Terrence Keyton Rollins                    Civil action

versus                                     NO. 19-11415

Sheriff Marlin Gusman                      Section B mag #2

A complete and specific list of all documents
to be offed at trial.

1) Greivances from the Orleans Justice Center inmate
Greivance Complaint and Request system

2) Well path medical inmate medical records by
well path being the contracted medical staff
at the orleans Justice Center

3) University hospital medical records since
released into the sheriffs custody about
all emergency room visits and prolonged
hospital stays

TENDERED FOR FILING

AUG 21 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

4) Written statements from other current inmates about somethings they witnessed by being housed on the same pod as plaintiff

5) Compliance report from Jail montors on non-compliance food preperations.

The plaintiff prays and hopes that the honocable court after reviewing the oforementioned list of documents to be offered at trial hold his filing's to be less stringent as if drafted on paper by an attorney

Date 8 / 19 / 2019

Terrence Keyton Rollins
Terrence Keyton Rollins
3000 perdido st.
location 4A
New Orleans L.A. 70119

Certificate of Service

I hereby certify that I have served a copy of this on all counsel fo record either in person or by mailing it postage prepaid on this 19 day of august 2019

Terrence Keyton Rolls

United states district court

Eastern district of louisiana


Terrence Keyton Rollins                    Civil Action


versus                                     NO. 19-11415


Sheriff Marlin Gusman                      Section B   Mag # 2


list of the full names of all persons plaintiff contends

violated his constitutional Rights.


1) Sgt. Cater    4 Floor Ranking Deputy

2) Sgt Haynes    4 floor Ranking Deputy

3) Lt. Glen Powell  4 floor Ranking Deputy

4) Col. Colvin    Colonel at Orleans parish sheriffs office

5) R.N J. Marshall   medical Staff

6) FRNN L. Bates     medical Staff

TENDERED FOR FILING

AUG 21 2019

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Saha thou inmates are not allowed to no Free folks

on first name basis above is a certify list of all

persons in which plaintiff contends violated his

Constitutional Rights in the oforemention complaint

The plaintiff pray and hope that the honorable court after reviewing the aforemention list of names hold his filings to less stringent standards as if drafted on paper by an attorney

Date 8 / 19 / 2019

Terrence Keyton Rollins

Terrence Keyton Rollins

3000 perdido st

location 4A

New orleans L.A. 70119

Certificate of Service

I hereby Certify that I have served a copy of this document on all counsel fo record either in person or by mailing it postage prepaid on this _____ 19

day of _____ august _____ 2019

Terrence Keyton Rollins

NEW ORLEANS LA 700

20 AUG 2019 PM 3 L

FOREVER

USA

Terrence Rollins # 2473626
3600 perdido st.
location pod 4A
New Orleans L.A. 70119

Clerk, US district court
Room C 151
500 poydras st.
New Orleans L.A. 70130

70130-336726



Uncensored - OPSO
not responsible for contents

© USPS 2013

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131