UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TERRENCE KEYTON ROLLINS                         CIVIL ACTION

VERSUS                                          NO. 19-11415

SHERIFF MARLIN GUSMAN                           SECTION "B" (2)

## ORDER

A preliminary conference by telephone is hereby scheduled with the undersigned magistrate judge on **OCTOBER 1, 2019 at 10:30 a.m.**  The purpose of the conference is to examine the basis of plaintiff's claims and to select pre-trial and trial dates, if appropriate. The Clerk is directed to send a copy of this order to counsel for the Orleans Parish Criminal Sheriff.  **The Sheriff is directed to have plaintiff, TERRENCE KEYTON ROLLINS #2473626**, made available by telephone for the conference.

The magistrate judge's office will initiate the conference call to the prison. Counsel for defendant must participate in the conference by contacting my office at 504-589-7630 at the appropriate time.

New Orleans, Louisiana, this ___22nd___ day of August, 2019.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY ALL PARTIES AND**

**FREEMAN "PETE" RUDOLPH MATTHEWS**
**ORLEANS PARISH SHERIFF'S OFFICE**
**819 SOUTH BROAD AVENUE**
**NEW ORLEANS, LA 70119**