MINUTE ENTRY
LEMELLE, J.
MARCH 23, 2022

JS10:  00:46

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TERRENCE KEYTON ROLLINS | CIVIL ACTION |
| VERSUS | NO. 19-11415 |
| MARLIN GUSMAN ET AL | SECTION: B (2) |

## MOTION HEARING VIA VIDEO CONFERENCE

Courtroom Deputy: Dena White
Court Reporter:    Sandy Minutillo (via video)

APPEARANCES:   Ashley Barriere, Counsel for Plaintiff
VIA VIDEO      Blake Arcuri and William Goforth, Counsel for Defendants

**Motion to Continue Trial and for Scheduling Conference (91)**

Case called; all present and ready.
Court states the status of the case.
Court questions counsel for plaintiff and defendants.
Motion to Continue Trial and for Scheduling Conference (91) is GRANTED for reasons stated on the record.
Pretrial Conference continued to January 12, 2023, at 10:30 a.m.
Jury Trial continued to January 23, 2023, at 8:30 a.m. Trial expected to last 3-4 days.
See Scheduling Order.
Court adjourned.